ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2014 MAY 30  PM 3: 50

CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. |
| JAMES L. HARP (01) | **4- 14 CR- 116- Y** |

### INFORMATION

The United States Charges:

### Count One
#### Possession of a Visual Depiction of a Minor
#### Engaged in Sexually Explicit Conduct
#### (Violation of 18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2))

On or about January 27, 2012, in the Fort Worth Division of the Northern District of Texas, defendant **James L. Harp** did knowingly possess matter that contains any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce and which was produced using materials which had been mailed and shipped and transported using any means and facility of interstate and foreign commerce, including by computer, the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct.

Specifically, **Harp** possessed a Memorex DVD+R, containing the following described files visually depicting minors engaged in sexually explicit conduct and the lascivious exhibition of the genitals and pubic area of said minors, as defined in 18 U.S.C. § 2256:

Information – Page 1

| File name | Description of the image |
|---|---|
| Naughty Little Pretty Girls preteen ptn pthc ptsc lsm0101.jpg | A still image depicting a nude prepubescent female squatting and leaning back to expose her genital area. |
| PTHC Holly 6yo Pedo childporn (2010) – 2(1).jpg | A still image depicting a prepubescent female with her legs spread apart to expose her genital and anal region.  The minor is lying on a striped towel, and there is a white liquid substance on the child's genital area. |
| 1yo Girl Spreads Wide 4 Love.jpg | A still image depicting a nude female infant; the focus of the image is on the infant's exposed genital area. |

In violation of 18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2).

<u>Forfeiture Notice</u>
(18 U.S.C. § 2253)

Upon conviction of the offense alleged in Count One and pursuant to 18 U.S.C.

§ 2253(a), defendant **Harp** shall forfeit to the United States of America (a) any visual

depiction described in 18 U.S.C. § 2252 and any book, magazine, periodical, film,

videotape, or other matter which contains any such visual depiction, which was produced,

transported, mailed, shipped, or received in the respective offense; (b) any property, real

or personal, constituting or traceable to gross profits or other proceeds obtained from the

respective offense; and (c) any property, real or personal, used or intended to be used to

commit or to promote the commission of the respective offense and any property

traceable to such property.

[rest of page intentionally left blank]

The above-referenced property subject to forfeiture from the defendant includes, but is not limited to, any interest of the defendant in the following:

1.     One Memorex DVD+R containing visual depictions of minors engaged in sexually explicit conduct; and

2.     One Gateway GT5404 computer, serial number GCV6C21002433,

seized from **Harp's** residence in Fort Worth, Texas, on January 27, 2012.

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

AISHA SALEEM
Assistant United States Attorney
State Bar of Texas No. 00786218
801 Cherry Street
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455
E-mail:  Aisha.Saleem@usdoj.gov