IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO.  4:14-CR-116-Y |
| v. | |
| JAMES L. HARP | |

NOTICE REGARDING PUBLICATION OF FORFEITURE ORDER

In accordance with 21 U.S.C. § 853(n)(1), Federal Rule of Criminal Procedure 32.2(b)(6)(C), and this Court's October 7, 2014, Preliminary Order of Forfeiture, notice of the forfeiture was posted on the official internet government forfeiture site (www.forfeiture.gov) for at least 30 consecutive days, beginning on October 10, 2014 and ending November 8, 2014.  This is shown by the Advertisement Certification Report (Exhibit A), generated by the Consolidated Asset Tracking System (CATS).[1]

    Respectfully submitted,

    SARAH R.SALDAÑA
    UNITED STATES ATTORNEY

     *s/ Megan J. Fahey*
    Megan J. Fahey
    Assistant United States Attorney
    Texas State Bar No. 24043655
    Burnett Plaza, Suite 1700
    801 Cherry St., Unit #4
    Fort Worth, Texas 76102
    Telephone: 817-252-5281
    Facsimile: 817-252-5455
    Email: megan.fahey@usdoj.gov

CERTIFICATE OF SERVICE

  I certify that on November 12, 2014, I electronically filed this document with the Clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all interested parties.

               *s/ Megan J. Fahey*
               Megan J. Fahey
               Assistant United States Attorney

---

[1] CATS is a consolidated database for seized assets that tracks their activity as they move through the forfeiture process. Both CATS and www.forfeiture.gov are managed by the Department of Justice's Asset Forfeiture Management Staff, Justice Management Division.